LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
BARRY SULLIVAN, ESQ.     (SBN 9879)
JIN HEE PARK, ESQ.       (SBN 10357)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
SAINT ALPHONSUS REGIONAL MEDICAL
CENTER, INC., an Idaho non-profit corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC., an Idaho non-profit corporation<br><br>Plaintiff,<br><br>vs.<br><br>THE CORVALLIS CLINIC, P.C., an Oregon professional corporation, and HEALTHCARE MANAGEMENT ADMINISTRATORS, Inc., a Delaware corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 1:18-cv-00242-EJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC., by and through its undersigned counsel of record, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendants THE CORVALLIS CLINIC, P.C., and HEALTHCARE MANAGEMENT ADMINISTRATORS, Inc., and DOES 1 THROUGH 25, INCLUSIVE, with each side to bear its own costs and fees. This notice of dismissal is being filed with the Court before service by any defendant of either an answer or a motion for summary judgment.

Dated: June 19, 2018

STEPHENSON, ACQUISTO & COLMAN, INC.

_____
BARRY SULLIVAN
JIN HEE PARK
Attorneys for
SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC.,
an Idaho non-profit corporation